IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICARDO L. RYE                                                                              PLAINTIFF

V.                                    NO. 1:05CV00077-JFF

JO ANNE B. BARNHART,                                                                   DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and

Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is

dismissed with prejudice.

IT IS SO ORDERED

DATED this 7th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE